# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV 23-02269 PHX CDB |
| Plaintiff, | **ORDER** |
| v. | |
| Air Conditioning by Jay Incorporated, Bryce Johnson, | |
| Defendants. | |

**IT IS ORDERED that** Plaintiff's Motion to Allow Electronic Filing (ECF No. 3) is **granted**. Accordingly,

**IT IS FURTHER ORDERED that** Plaintiff shall comply with all rules outlined in the District of Arizona's Case Management/Electronic Case Filing Administrative Policies and Procedures Manual, maintain access to the required equipment and software, maintain a personal electronic mailbox of sufficient capacity to send and receive electronic notice of case related transmissions, be able to electronically transmit documents to the court in .pdf format, register as a subscriber to PACER (Public Access to Electronic Records) within five (5) days of the date of this Order and comply with the privacy policy of the Judicial Conference of the United States and E-Government Act of 2002. Any misuse of the ECF system will result in immediate discontinuation of this privilege and disabling of the password assigned to the party.

1 | The Clerk shall notify the Plaintiff of the entry of this Order.

2 | Dated this 2nd day of November, 2023.

Camille D. Bibles
United States Magistrate Judge