

7595 E Gray Rd
Scottsdale, AZ 85260
(480) 922-4455
www.acbyj.com

CV-23-2269-PHX-GMS

Jason Crews
1515 N Gilbert Rd. Suite 115-204
Gilbert AZ. 85233

RE: CV23-02269-PHX-CDB

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

      DEC 0 4 2023

CLERK U S DISTRICT COURT
  DISTRICT OF ARIZONA
BY_____ DEPUTY
```

Mr. Crews,

In reference to the lawsuit listed above, AC By J does not use an Automated Telephone Dialing System currently, or never has. AC by J only contacts clients that have done business with AC by J. Because you had an HVAC system installed by AC By J in January of 2019 and have a 10-year parts warranty with the manufacture and AC By J, you were listed as an existing customer prompting the call for maintenance to maintain the warranty per manufacture specification.

Naturally the parts warranty is through the manufacture so any licensed HVAC company can honor it providing annual maintenance has performed.

Once requested your account was noted "do not call". And all phone numbers have since been removed from your account. At no time are the calls a recorded message, all contacts are dialed by a customer service representative from our customer records.

We make every attempt to honor all requests from our clients, and absolutely take any request serious.

Sincerely,

*[signature]*

Norman Sanders

General Manager

CC United States District Court, District of Arizona

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING
TO FEDERAL AND/OR LOCAL RULES AND PRACTICES
AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE   CIVLR 5.4
            (Rule Number/Section)