AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.     2:23-CV-02269-GMS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Air Conditioning By Jay, LLC**
was recieved by me on **12/05/2023:**

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Mike Vernon**, who is designated by law to accept service of process on behalf of **Air Conditioning By Jay, LLC** at **8825 N 23RD AVENUE SUITE 100, Phoenix, AZ 85021** on **12/05/2023 at 10:10 AM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 85.00 for services, for a total of $ 85.00.

I declare under penalty of perjury that this information is true.

Date: 12/05/2023

*Server's signature*

**Kenneth F. Schwarz**
*Printed name and title*

**3741 W. Griswold Rd.
Phoenix, AZ 85051**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to Mike Vernon who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 240-300 lbs with glasses, a goatee and a mustache.**



Tracking #: **0119422143**

