Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: cv23-02269-PHX-CDB |
|---|---|
| Plaintiff, | |
| vs. | NOTICE OF DISMISSAL OF BRYCE JOHNSON |
| Jason Crews v. Air Conditioning By Jay Inc et al. | |
| Defendant | |

With Defendants the Bryce Johnson neither having answered nor filed a motion to dismiss or for summary judgment, Plaintiff Jason Crews, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the action exclusively to this party **without prejudice**, with each party to bear its own costs, attorney's fees, and all other fees.  See e.g. *Bailey v. Shell Western E&P, Inc*., 609 F.3d 710, 719 (5th Cir. 2010) (holding the plaintiff has the "absolute right" to a Rule 41(a)(1) dismissal, which right "may not be extinguished or circumscribed by adversary our court") (internal quotation marks and citations omitted).

All other parties remain subject to this action, and have not been dismissed.

Dated this December 18, 2023.

/s/*Jason Crews*

Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

Bryce Johnson
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260


By:              /s/*Jason Crews*
                 _____
                 Jason Crews