Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

### PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02269-PHX-CDB |
| Plaintiff, | |
| v. | Plaintiff's Motion To Strike Defendant's |
| Jason Crews v. Air Conditioning By Jay Inc | Letter Filed December 4, 2023 |
| *et al.* | |
| Defendants. | |

Plaintiff respectfully moves this Court to strike Defendant's letter which was filed

December 4, 2023 (Doc. 16) by Defendant Air Conditioning By Jay, Inc's general

manager Norman Sanders because he is not an attorney and Defendant Air Conditioning

By Jay, Inc is corporate entity not represented by counsel.  Plaintiff has filed a

memorandum in support along with this motion.

Dated this December 23, 2023.

/s/*Jason Crews*

Jason Crews

1

1
2

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

3
4

Air Conditioning By Jay Inc
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260

5
6
7

/s/*Jason Crews*

Jason Crews

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28