Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02269-PHX-CDB |
| Plaintiff, | |
| v. | Memorandum in Support of Plaintiff's |
| Jason Crews v. Air Conditioning By Jay Inc | Motion to Strike Defendant's Letter Filed |
| *et al.* | December 4, 2023 |
| Defendants. | |

On November 1, 2023, Plaintiff commenced this action alleging that throughout the months of October, 2022 and 2023, Defendants placed at least two illegal telemarketing phone calls to Plaintiff.

On December 4, 2023, Mr. Norman Sanders ("Sanders") filed with this court a letter ("Letter") (Doc. 16), in which he *inter allia* denied any wrongdoing on behalf of Defendant.

Plaintiff believes, and therefor respectfully move this Court to strike Letter because Mr. Sanders because is not an attorney and Defendant Air Conditioning By Jay, Inc is corporate entity not represented by counsel.

## **Argument**

Long standing case law is clear on this matter. "A corporation must be represented by counsel", *Reading Int'l, Inc. v. Malulani Grp., Ltd.*, 814 F.3d 1046, 1053 (9th Cir.

2016) (citing In re Highley, 459 F.2d 554, 555 (9th Cir.1972)).  Further, courts have affirmed that Plaintiff's concern that a corporation need to represented by counsel is legitimate, "Plaintiff raises legitimate concerns over Defendant's need to be represented by counsel in this action." Williams v. Bikini.com, 2:22-cv-00864-CDS-DJA, 2 (D. Nev. Nov. 30, 2023)

<u>**Conclusion**</u>

Plaintiff respectfully move this Court to strike Letter because Mr. Sanders is not an attorney and Defendant Air Conditioning By Jay, Inc is corporate entity not represented by counsel.

Dated this December 23, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

Air Conditioning By Jay Inc
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260


/s/*Jason Crews*

Jason Crews