UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Jason Crews v. Air Conditioning By Jay Inc *et al*.<br><br>　　　　　Defendants. | Case No. cv23-02269-PHX-CDB<br><br>**[PROPOSED]** Plaintiff's Motion To Strike Defendant's Letter Filed December 4, 2023 |

　　　Before the Court is a Motion To Strike Defendant's Letter Filed December 4, 2023 (Doc. 16).  Having considered the motion and good cause appearing, it is

　　　**ORDERED** that Defendant's Letter Filed December 4, 2023 (Doc. 16) is struck.

.

Dated: _____

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Camille D. Bibles
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge