Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02269-PHX-CDB |
| Plaintiff, | |
| v. | Request For Entry of Default Air Conditioning By Jay, Inc. |
| Jason Crews v. Air Conditioning By Jay, Inc, *et al.* | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure ("Rule") 55(a) Plaintiff, Jason Crews ("Crews"), respectfully requests that the Clerk of the Court enter a default against Air Conditioning By Jay, Inc. In support of his request, Crews states as follows:

- The summons for Air Conditioning By Jay, Inc was issued November 2, 2023.

- Pursuant to Rule 12 (A)(1)(a) Air Conditioning By Jay, Inc had 21 days to serve their answer.

- Service was completed to Air Conditioning By Jay, Inc on December 5, 2023, Exhibit 1.

- Proof of service was filed for Air Conditioning By Jay, Inc on December 5, 2023, Doc.17.

- No answer, motion or responsive pleading has been filed within the time limit fixed by the court.

- Air Conditioning By Jay, Inc is a corporation, and it is neither an infant nor an incompetent person. Moreover, I have queried the Department of Defense's SCRA website, and it has indicated that it is not currently in the military service of the United States.

Dated this December 27, 2023.

/s/*Jason Crews*

Jason Crews

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Air Conditioning By Jay Inc
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260

By: /s/*Jason Crews*

Jason Crews