# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Air Conditioning by Jay Incorporated, et al.,<br><br>        Defendants. | NO. CV-23-02269-PHX-GMS<br><br>**CLERK'S ENTRY OF DEFAULT** |

      Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Air Conditioning by Jay LLC.

DEFAULT ENTERED this 28th day of December, 2023.

                                        Debra D. Lucas
                                        District Court Executive/Clerk of Court

December 28, 2023

                                        s/ D. Draper
                             By   Deputy Clerk