Jason Crews
164 W. Laurel Ct.
Gilbert, AZ 85233
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews, | Case No.: cv23-02269-PHX-CDB |
| Plaintiff, | |
| v. | Plaintiff's Motions for Default Judgment |
| Jason Crews v. Air Conditioning By Jay, LLC, *et al.* | |
| Defendants. | |

Plaintiff Jason Crews respectfully moves, under Fed. R. Civ. P. 50(b)(2), for a default judgment against Defendant Air Conditioning By Jay, Inc in the amount of $6,504.72, and submits a memorandum in support thereof.

Dated this December 28, 2023.

/s/*Jason Crews*
Jason Crews

1

**COPIES** of the forgoing were filed with the court electronically via CM/ECF this same date.

**COPIES** of the forgoing were mailed via USPS to
Air Conditioning By Jay Inc
7595 E Gray Rd Ste.1,
Scottsdale, AZ 85260


By: _____/s/*Jason Crews*_____
    Jason Crews