UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>              Plaintiff,<br><br>v.<br><br>Jason Crews v. Air Conditioning By Jay LLC *et al*.<br><br>              Defendants. | Case No. cv23-02269-PHX-CDB<br><br>[PROPOSED] ORDER |

Before the Court is a Plaintiff's Motions for Default Judgment.  Having considered the motion and good cause appearing, it is

**ORDERED** that the Clerk of the Court shall enter a judgment against Air Conditioning By Jay, LLC in favor of Jason Crews in the amount of $6,504.72.

.

Dated: _____

                                                                                                                   _____<br>
                                                                                                                   Hon. Camille D. Bibles<br>
                                                                                                                   United States District Judge