# UDALL|SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>  Plaintiffs,<br><br>v.<br><br>Air Conditioning by Jay, LLC and Bryce Johnson,<br><br>  DefendantS. | NO. CV23-02269-PHX-GMS<br><br>**DECLARATION OF NORMAN SANDERS** |

Norman Sanders declares:

1. I state the matters of my own personal knowledge and I am competent to testify.
2. I am employed as the General Manager for Air Conditioning by Jay, LLC ("Company") which does business as AC by Jay. I have served as General Manager since August of 2022 and was the Service Manager for the Company before that time.
3. I am not a lawyer.
4. The Company does not have an in-house lawyer.
5. This is the first lawsuit against the Company I have been involved with or known about.
6. I was not aware prior to December 2023, when I received a copy of Mr. Crews Motion to Strike my letter from the record (Document 19 in the Court's docket), that

a limited liability company could not appear in federal court except through an attorney.

7. I sent my letter (Document 16 in the Court's docket) to Mr. Crews and a copy to this federal court disputing the allegations in the First Amended Complaint because the Company disputed the claims of violating the federal statute and regulations.

8. The Company sought legal advice starting on January 2, 2024 and wishes to contest the allegations made by Mr. Crews.

9. As stated in my letter, the Company did not and does not use an automated telephone dialing system. As General Manager I oversee the Company's customer service representatives and know that the calls placed to Mr. Crews were dialed by the customer service representatives based upon the records arising from prior sale in 2019 to Plaintiff.

10. In October 2023, contrary to the allegations of the First Amended Complaint the Company did not employ an Eve. Notes show that a call was placed to Plaintiff on October 5, 2023 by a Company customer service representative and after Plaintiff indicated he wanted to be on the do-not-call list this was noted in his file.

11. Notes in Plaintiff's file show that in October 2022 when called by a customer service representative Plaintiff requested to be on the do-not-call list and this should have prevented the October 2023 call.

12. Throughout 2022 and 2023 the Company had already established and implemented, with due care, reasonable practices and procedures to effectively prevent telephone solicitations in violation of the regulations prescribed under this subsection. This included a requirement to note in the individual's file if they did not want to be called and a requirement to check the file before a call was initiated. Obviously, this did not work in October 2023 as the customer representative mistakenly called Plaintiff despite the notes in the file that Mr. Crews was not to be called. To prevent this from happening again, Mr. Crews' phone number was deleted in the Company's system.


13. Pursuant to 28 U.S.C. § 1746, "I declare under penalty of perjury that the foregoing is true and correct.

DATED: _January 10, 2024.

_____
Norman Sanders

11649462.1
119965.002