1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8   Jason Crews,                          NO. CV23-02269-PHX-GMS

9                    Plaintiffs,          **ORDER**

10  v.

11  Air Conditioning by Jay, LLC and Bryce
    Johnson,

12
                     DefendantS.
13

14          Upon the Motion to Vacate Default and to Allow the Filing of an Amended

15  Answer by Defendant Air Conditioning by Jay, LLC and good cause appearing,

16          IT IS HEREBY ORDERED vacating the Clerk's entry of default (DOC 21) and

17  allowing Defendant to file its proposed Amended Answer which amends the letter answer

18  previously filed (DOC 16).

19
20
21
22
23
24
25      11649963.1
        119965.002
26
27
28