EXHIBIT A

**Jason Crews is a plaintiff in 16 cases.**

| | | | |
|---|---|---|---|
| [2:22-cv-01829-SMM](#) | Crews v. Diablo Media LLC | filed 10/25/22 | closed 12/30/22 |
| [2:22-cv-02120-SMB](#) | Crews v. Honest Tax LLC et al | filed 12/15/22 | |
| [2:23-cv-00250-SMB](#) | Crews v. National Tax Advisory Services LLC et al | filed 02/08/23 | |
| [2:23-cv-00968-JJT](#) | Crews v. Protect Our Arizona et al | filed 06/01/23 | closed 06/28/23 |
| [2:23-cv-00969-MTL](#) | Crews v. DeSantis | filed 06/01/23 | closed 08/22/23 |
| [2:23-cv-00970-DLR](#) | Crews v. Crypto Freedom PAC et al | filed 06/01/23 | closed 07/05/23 |
| [2:23-cv-00971-JJT](#) | Crews v. The 85 Fund et al | filed 06/01/23 | closed 07/24/23 |
| [2:23-cv-01236-JJT](#) | Crews v. Tanpri Media & Arts Incorporated et al | filed 07/05/23 | |
| [2:23-cv-01264-SPL](#) | Crews v. Alleviate Tax LLC et al | filed 07/10/23 | closed 08/07/23 |
| [2:23-cv-01588-DJH](#) | Crews v. American Auto Repair Coverage LLC et al | filed 08/07/23 | closed 11/07/23 |
| [2:23-cv-01589-DWL](#) | Crews v. Sun Solutions AZ LLC et al | filed 08/07/23 | |
| [2:23-cv-01668-SMM](#) | Crews v. International Union of Police Associations | filed 08/16/23 | closed 10/17/23 |
| [2:23-cv-02032-DLR](#) | Crews v. SunUp America LLC et al | filed 09/27/23 | |
| [2:23-cv-02269-GMS](#) | Crews v. Air Conditioning by Jay Incorporated et al | filed 11/01/23 | |
| [2:23-cv-02658-SMB](#) | Crews v. Bankers Life Advisory Services Incorporated et al | filed 12/20/23 | |
| [2:23-cv-02686-DJH](#) | Crews v. Complete Senior Health LLC et al | filed 12/26/23 | |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 01/14/2024 12:14:43 | | | |
| **PACER Login:** | us0134das | **Client Code:** | 119965-00002 |
| **Description:** | Search | **Search Criteria:** | Last Name: Crews First Name: Jason |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |