Jason Crews
1515 N. Gilbert Rd 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

PHOENIX DIVISION

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jason Crews v. Air Conditioning By Jay Inc *et al.*<br><br>　　　　Defendants. | Case No.: cv23-02269-PHX-CDB<br><br>Plaintiff's Motion for Costs of Service |

Pursuant to Federal Rules of Civil Procedure 4(d)(2) ("Rule"), Plaintiff respectfully moves the Court to impose on the defendants the expenses incurred in making service in the amount of $102.72.

On November 6, 2023 Plaintiff, via certified mail (Exhibit 1), Plaintiff sent Defendants the following at 8825 N 23RD AVENUE, SUITE 100, PHOENIX, AZ 85021:

- two copies of Notice of Lawsuit and Request to Waive Service of a Summons addressed to Air Conditioning By Jay, LLC ("ACbyJ"),
- two copies of Waiver of Service of Summons addressed ACbyJ,
- a copy of the filed complaint,
- and a self addressed and stamped envelope.

1

After receiving no response from Defendants after 28 days, Plaintiff enlisted the services of the Kenneth F. Shwartz for service of process.   ACbyJ was successfully served as follows on December 4, 2023:

- "Mike Vernon who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery." 8825 N 23RD AVENUE SUITE 100, Phoenix, AZ 85021 on 12/05/2023 at 10:10 AM (Exhibit 2)

**Costs:**

Costs associated with waivers:  $17.72 including postage, envelopes, and printing of documents.

| Date | Vendor | Type | Description | Cost | |
|------|--------|------|-------------|------|---|
| 11/4/23 | personal | printing | waiver package - llc | $ | 8.50 |
| 11/4/23 | USPS | postage | waiver package - llc | $ | 8.62 |
| 11/4/23 | Personal | shipping | waiver package - llc | $ | 0.50 |
| 11/4/23 | Personal | shipping | return envelope | $ | 0.10 |

Costs associated with service:

| | | | | | |
|---|---|---|---|---|---|
| 12/4/23 | ABC Legal Services | Service | summons and complaint to both parties | $ | 85.00 |

As a result of Defendants failure to return the waiver Plaintiff requests from the Court award of $102.72.

Dated this January 21, 2024.

                                  /s/*Jason Crews*
                                  Jason Crews
                                  1515 N. Gilbert Rd 107-204
                                  Gilbert, AZ 85234
                                  602-295-1875
                                  Jason.crews@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

      /s/*Jason Crews*

Jason Crews