Jason Crews
1515 N Gilbert Rd Ste 107-204
Gilbert, AZ 85234
602-295-1875
Jason.crews@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Jason Crews, | Case No.: CV23-01588-PHX-DJH |
|---|---|
| Plaintiff, | |
| vs. | [PROPOSED] ORDER |
| Jason Crews v. American Auto Repair Coverage, LLC *et al.* | |
| Defendant | |

The Court read and considered Plaintiff's Motion for Costs of Service filed January 21, 2024. Finding Defendant failed to execute a waiver of service,

IT IS ORDERED Defendant shall reimburse Plaintiff for the costs of service in the amount of $102.72 incurred for failing to avoid the unnecessary expense in serving the legal documents initiating this action.