

November 8, 2023

# Exhibit 1

Dear Jason Crews:

The following is in response to your request for proof of delivery on your item with the tracking number: **9514 8065 9136 3310 8639 22**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | November 8, 2023, 10:14 am |
| Location: | PHOENIX, AZ 85021 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| Weight: | 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 8825 N 23RD AVE STE 100 |
| City, State ZIP Code: | PHOENIX, AZ 85021-4148 |

### Recipient Signature

Signature of Recipient: *MIKE VERNON*

Address of Recipient: *8825 N 23rd Ave*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004