**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| Jason Crews, | NO. CV23-02269-PHX-GMS |
|---|---|
| Plaintiffs, | **DEFENDANT AIR CONDITIONING BY JAY, LLC'S RESPOSNE TO PLAINTIFF'S MOTION FOR COSTS OF SERVICE** |
| v. | |
| Air Conditioning by Jay, LLC and Bryce Johnson, | |
| DefendantS. | |

    Defendant Air Conditioning by Jay, LLC hereby responds to Plaintiff's Motion for Costs of Service (DOC 27) and requests that it be denied as it is both unsupported and frivolous.  The motion claims, without any evidence, that process was mailed on November 6 and further claims, with evidence, that on December 5 Defendant's statutory agent was served with process.  Rule 4(d)(2) requires a party to have at least 30 days to execute the form to waive service of process before costs can be taxed under that Rule. Plaintiff failed to allow the 30 days but served process on the 29th day, so Plaintiff is not entitled to any award of costs as there were none after the deadline.  Also, the Rule does not allow recovery of the costs related to mailing of the notice, waiver form, and process.

    This frivolous motion is all part of Plaintiff's strategy to unreasonably expand this action and to make Defendant unnecessarily incur attorney's fees to defend this action. Plaintiff has demanded $10,000 to settle this case (Ex. 1, email string), although the most

he could obtain (as outlined in motion for default judgment) was $6,504.72 even if Plaintiff is successful on all claims. (DOC 27-1, p. 10-12)

DATED: January 22, 2024.

UDALL SHUMWAY PLC

/s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
Attorneys for Defendant Air Conditioning by Jay

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

/s/ Kimberly Kershner

11657286.1
119965.002

2