# EXHIBIT 1

# David Schwartz

| | |
|---|---|
| **From:** | Jason Crews <jason.crews@gmail.com> |
| **Sent:** | Saturday, January 20, 2024 9:30 AM |
| **To:** | David Schwartz |
| **Subject:** | Re: Crews v. Air Conditioning by Jay I - Rule 408 Settlement Communication |

**Rule 408 Settlement Communication**

By my conservative estimates, I would guess that your client would end up paying something in the ballpark of $20,000 - $30,000 for your services if this went to trial.   So given that, I would suggest $10,000 is a more than fair compromise.

Jason Crews


On Fri, Jan 19, 2024 at 9:50 AM David Schwartz <das@udallshumway.com> wrote:

> Mr. Crews – So I can pass it along to my client, what amount would you be willing to settle and resolve these disputed claims? Please advise.  Thx.
>
>
>
> **David R. Schwartz**
> Attorney At Law
>
> 
>
> 480.461.5325 Direct  |  480.461.5300 Main  |  480.833.9392 Fax
> 1138 North Alma School Road, Suite 101 |  Mesa, Arizona 85201
> das@udallshumway.com  |  www.udallshumway.com
>
>
> Our offices are conveniently located just south of the Loop 202 (Red Mountain Freeway) between Dobson and Alma School.  You can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).
>
> NOTICE - This e-mail contains confidential and privileged material for the sole use of the intended recipient. Any review or distribution to others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies.
>
> 
>

---

**From:** Jason Crews <jason.crews@gmail.com>
**Sent:** Thursday, January 18, 2024 2:53 PM
**To:** David Schwartz <das@udallshumway.com>
**Subject:** Re: Crews v. Air Conditioning by Jay I - Rule 408 Settlement Communication

1

**Rule 408 Settlement Communication**

Hell Mr. Schwartz,

Thank you for reaching out.  I appreciate your position, and the confusion you are helping your client navigate in this matter.  I also appreciate your offer, but given the facts of the case it seems like we are just too far apart.  I'm sure we can get to the bottom of most of your concerns through the discovery process.  Would you like to go ahead and schedule our 26(f) conference?  My first availability will be the week of 1/29.

Jason Crews

On Thu, Jan 18, 2024 at 12:05 PM David Schwartz <das@udallshumway.com> wrote:

Mr. Crews – As you are aware the Court has vacated the entry of default (see below) and my client AC by J will be filing its Amended Answer disputing liability.  You have been advised that AC by J does not use ATDS and that it will demonstrate it had in place protocols which reasonably should have prevented the second call.

Nevertheless, without any admission of liability and to compromise a disputed claim by you, AC by J is offering $650 in exchange for your execution of a release (in the form attached) of any and all claims against AC by J and its members, managers, employees, and others  and once payment has been made a stipulated dismissal of the lawsuit with prejudice, with each party bearing their own attorney's fees and costs.  AC by J wishes to avoid unnecessary defense costs and so this offer is only open until **4 p.m. on Monday, January 22, 2024**.  If you accept, please send to us a copy of the executed release and the completed and executed W-9 (form attached).  The payment  must be reported to the IRS.  You will be responsible for any applicable taxes, if any, related to the payment.  If there are any changes to the proposed settlement agreement and release you wish to suggest, please let me know and we will see if they are acceptable.

**David R. Schwartz**
Attorney At Law



**480.461.5325** Direct  |  480.461.5300 Main  |  480.833.9392 Fax
1138 North Alma School Road, Suite 101 |  Mesa, Arizona 85201
**das@udallshumway.com**  |  www.udallshumway.com

Our offices are conveniently located just south of the Loop 202 (Red Mountain Freeway) between Dobson and Alma School.  You

can find our offices by taking either the Dobson or Alma School exits and entering Mesa Riverview at West Bass Pro Drive (please click here for map).

NOTICE - This e-mail contains confidential and privileged material for the sole use of the intended recipient. Any review or distribution to others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete and destroy all copies.



---

**From:** azddb_responses@azd.uscourts.gov <azddb_responses@azd.uscourts.gov>
**Sent:** Thursday, January 18, 2024 8:46 AM
**To:** azddb_nefs@azd.uscourts.gov
**Subject:** Activity in Case 2:23-cv-02269-GMS Crews v. Air Conditioning by Jay Incorporated et al Order on Motion to Strike

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

DISTRICT OF ARIZONA

## Notice of Electronic Filing

The following transaction was entered on 1/18/2024 at 8:45 AM MST and filed on 1/18/2024

**Case Name:**      Crews v. Air Conditioning by Jay Incorporated et al
**Case Number:**    2:23-cv-02269-GMS
**Filer:**
**Document Number:** 25

**Docket Text:**
**ORDER granting [23] Motion to Vacate Default. The Clerk's entry of default against Defendant (Doc. [21]) is vacated. Defendant shall file its Amended Answer as attached as to its Motion to Vacate (Doc. [23]-2, pp. 1-7) within 5 days of the date of this Order. Plaintiff's Motion to Strike Notice (Doc. [19]) is denied. Plaintiff's Motion for Default Judgment (Doc. [22]) is denied as moot. Signed by Chief Judge G Murray Snow on 1/17/24. (DXD)**

**2:23-cv-02269-GMS Notice has been electronically mailed to:**

David R Schwartz     das@udallshumway.com, kak@udallshumway.com

Jason Crews     jason.crews@gmail.com, the1gofer@recap.email

**2:23-cv-02269-GMS Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=1/18/2024] [FileNumber=25467517-0] [2a7dc5f7b7f9e5cb25a54568879a5d28171b87bfa65810d87ab680b32c61428652 73cd2916219b2edb183c83831ee4a0ffa7be55aa6cf59bab452af7500e73b1]]



We've been nominated as a top Arizona law firm. Please visit azbigmedia.com to cast your vote!

The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 480-461-5300 or reply by e-mail and delete or discard the message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Udall Shumway PLC for any loss or damage arising in any way from its use. Thank you.



We've been nominated as a top Arizona law firm. Please visit azbigmedia.com to cast your vote!

The information contained in this e-mail message is attorney privileged and confidential information, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone 480-461-5300 or reply by e-mail and delete or discard the message. Although this e-mail and any attachments are believed to be free of any virus or other defect that might affect any computer system into which it is received and opened, it is the responsibility of the recipient to ensure that it is virus free and no responsibility is accepted by Udall Shumway PLC for any loss or damage arising in any way from its use. Thank you.