# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | No. CV-23-02269-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| Air Conditioning by Jay LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Costs of Service (Doc. 27) and Defendant Air Conditioning by Jay, LLC's Response (Doc. 29).

In light of Plaintiff's decision to have Defendant personally served 29 days from the date of mailing a Request to Waive Service of Summons and not affording Defendant a reasonable time to return the waiver as set forth in Rule 4(d)(1)(F), Fed. R. Civ. P., Plaintiff's motion will be denied.

**IT IS ORDERED** denying Plaintiff's Motion for Costs of Service (Doc. 27).

Dated this 7th day of February, 2024.

_____
G. Murray Snow
Chief United States District Judge