**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Jason Crews, | NO. CV23-02269-PHX-GMS |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF INITIAL DISCLSOURE STATEMENT** |
| v. | |
| Air Conditioning by Jay, LLC and Bryce Johnson, | |
| DefendantS. | |

NOTICE is hereby given that on February 14, 2024, Defendant Air Conditioning by Jay, by and through its undersigned counsel, served its Initial Disclosure Statement via email to:

Jason Crews
Jason.crews@gmail.com

DATED: February 14, 2024.

UDALL SHUMWAY PLC

/s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
Attorneys for Defendant Air Conditioning by Jay

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

_/s/ Kimberly Kershner_

11672163/119965.002