# UDALL | SHUMWAY
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD,  SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax:  480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>                             Plaintiffs,<br><br>v.<br><br>Air Conditioning by Jay, LLC and Bryce Johnson,<br><br>                             DefendantS. | NO. CV23-02269-PHX-GMS<br><br>**DEFENDANT AIR CONDITIONING BY JAY, LLC'S RULE 7.1 DISCLOSURE** |

Defendant Air Conditioning by Jay, LLC ("AC by J") pursuant to Federal Rule of Civil Procedure 7.1 hereby discloses that it is wholly owned by its member Any Hour LLC, a Utah Limited liability company.  No publicly held company holds any ownership/membership interest in AC by J or its parent company.

DATED:  February 14, 2024.


UDALL SHUMWAY PLC


        /s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, AZ  85201
Attorneys for Defendant Air Conditioning by Jay

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 14, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.


_____ /s/ Kimberly Kershner_____

11671593.1
119965.002

2