**UDALL SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>Air Conditioning by Jay, LLC and Bryce Johnson,<br><br>　　　　　　DefendantS. | NO. CV23-02269-PHX-GMS<br><br>**NOTICE OF SERVICE OF OFFER OF JUDGMENT** |

NOTICE is hereby given that on February 15, 2024, Defendant Air Conditioning by Jay, by and through its undersigned counsel, served its Offer of Judgment via email and regular mail to:

　　Jason Crews
　　1515 . Gilbert Road, Suite 107-204
　　Gilbert, AZ  85233
　　Jason.crews@gmail.com

DATED:  February 15, 2024.

　　　　　　　　　　　　　　UDALL SHUMWAY PLC

　　　　　　　　　　　　　　 /s/ David R. Schwartz
　　　　　　　　　　　　　　David R. Schwartz
　　　　　　　　　　　　　　1138 North Alma School Road, Suite 101
　　　　　　　　　　　　　　Mesa, AZ  85201
　　　　　　　　　　　　　　Attorneys for Defendant Air Conditioning by Jay

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

/s/ Kimberly Kershner

11673404/119965.002