Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews, | Case No. CV-23-02269-PHX-GMS |
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SERVICE OF FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT** |
| Air Conditioning By Jay, LLC, | |
| Defendant. | |
| | Judge: Hon. G. Murray Snow |

Pursuant to Rules of Practice and Procedure of the U. S. District Court for the District of Arizona ("LRCiv") 5.2, Plaintiff hereby notifies the Court that service of Plaintiff's First Request for Production of Documents has been effectuated to all Defendants via their attorney of record.

Dated this February 16, 2024.

                                                                 */s/Jason Crews*
                                                                 Jason Crews

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

       /s/*Jason Crews*
  ―――――――――――――――
Jason Crews

2