Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>        Plaintiff,<br><br>v.<br><br>Air Conditioning By Jay, LLC,<br><br>        Defendant. | Case No. CV-23-02269-PHX-GMS<br><br>**PLAINTIFF'S NOTICE OF SERVICE OF FIRST REQUEST FOR INTEROGITORIES TO DEFENDANT**<br><br>Judge:  Hon. G. Murray Snow |

Pursuant to Rules of Practice and Procedure of the U. S. District Court for the District of Arizona ("LRCiv") 5.2, Plaintiff hereby notifies the Court that service of Plaintiff's Request for Interrogatories has been effectuated to all Defendants via their attorney of record.

Dated this February 16, 2024.

*/s/ Jason Crews*
_____
Jason Crews

1

**COPIES** of the forgoing served via email
this same date, upon:
Douglas H. Allsworth
Doug.Allsworth@kutakrock.com

By: _____ /s/Jason Crews

Jason Crews