**UDALL | SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 North Alma School Road, Suite 101
Mesa, Arizona 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Jason Crews, | NO. CV23-02269-PHX-GMS |
|---|---|
| Plaintiffs, | **DEFENDANT AIR CONDITIONING BY JAY, LLC'S UNOPPOSED MOTION TO AMEND ITS FIRST AMENDED ANSWER** |
| v. | |
| Air Conditioning by Jay, LLC and Bryce Johnson, | |
| DefendantS. | |

Defendant Air Conditioning by Jay, LLC ("AC by J"), pursuant to Federal Rule of Civil Procedure 15, hereby moves to amend its First Amended Answer (DOC 26) to more fully and completely assert its affirmative defenses. Exhibit 1 is a redlined version of the proposed Second Amended Answer with changes tracked. This case is in its infancy and the affirmative defenses sought to be added are included in the Case Management Report. No scheduling order has been entered. Leave to amend is freely given where, as here, justice requires. Fed. R. Civ. P. 15(a)(2).

AC by J sought Plaintiff's position on this motion to amend (after providing him with a copy of Exhibit 1) and Plaintiff stipulated to its filing.

DATED: February 20, 2024.

UDALL SHUMWAY PLC

    /s/ David R. Schwartz
David R. Schwartz
1138 North Alma School Road, Suite 101
Mesa, AZ 85201
Attorneys for Defendant Air Conditioning by Jay

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

    /s/ Kimberly Kershner

11671619.1
119965.002