# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>            Plaintiff,<br><br>v.<br><br>Air Conditioning by Jay LLC, et al.,<br><br>            Defendants. | No. CV-23-02269-PHX-GMS<br><br>**ORDER** |

Before the Court is Defendant Air Conditioning by Jay, LLC's Unopposed Motion to Amend Its First Amended Answer (Doc. 39).

**IT IS ORDERED** granting Defendant's Motion (Doc. 39).

**IT IS FURTHER ORDERED** Defendant shall file a clean version of its Second Amended Answer as attached to its Motion (Doc. 39-1) on or before **February 23, 2024**.

Dated this 20th day of February, 2024.

_____
G. Murray Snow
Chief United States District Judge