# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Air Conditioning by Jay LLC, et al.,<br><br>　　　　Defendants. | No. CV-23-02269-PHX-GMS<br><br>**ORDER** |

　　　A review of the Court's docket reflects the Court's February 20, 2024 Order (Doc. 40) ordered Defendant "shall file a clean version of its Second Amended Answer as attached to its Motion (Doc. 39-1) on or before February 23, 2024". Defendant has failed to comply.

　　　**IT IS ORDERED** Defendant comply with the Court' February 20, 2024 Order no later than **5:00 p.m. on February 28, 2024**.

　　　Dated this 26th day of February, 2024.

_____
G. Murray Snow
Chief United States District Judge