Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Air Conditioning By Jay, LLC,<br><br>    Defendant. | Case No. CV-23-02269-PHX-GMS<br><br>**PLAINTIFF'S ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**<br><br>Judge: Hon. G. Murray Snow |

TO:    Udall Shuhmway
       By: David R. Schwartz
       Counsel for Defendant
       1138 North Alma School Rd, Suite 101
       Mesa, AZ 85201
       Tel: 480.461.5300
       Email: das@udallshumway.com

**PLEASE TAKE NOTICE** that Plaintiff Jason Crews pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Three Thousand Six Hundred Dollars ($3,600), Offer of Judgment of Defendant Air Conditioning By Jay, LLC, dated February 15, 2023, in the above-entitled action.

Dated this February 24, 2024.

                                            /s/*Jason Crews*
                                            Jason Crews

1

**CERTIFICATE OF SERVICE**

 I hereby certify that on February 26, 2024, I electronically filed the attached document using the CM/ECF for filing and transmitted the document through CM/ECF to all other parties.

By:    /s/*Jason Crews*
     Jason Crews