Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>  Plaintiff,<br><br>v.<br><br>Air Conditioning By Jay, LLC,<br><br>  Defendant. | Case No. CV-23-02269-PHX-GMS<br><br>PROOF OF SERVICE<br>(Acceptance-Offer of Judgment)<br><br>Judge: Hon. G. Murray Snow |

I, Jason Crews, states the following under penalty of perjury:

    1. I am the Plaintiff *pro se* in this matter;

    2. That on the 24th day of February 2024, I served defendant PLAINTIFF's ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT in the above-entitled action, by serving a true and correct copy therefore on counsel of record for Defendant, via email (with consent) to:

    TO:  **Udall Shuhmway**
            **By: David R. Schwartz**
            **Counsel for Defendant**
            **1138 North Alma School Rd, Suite 101**
            **Mesa, AZ 85201**
            **Tel: 480.461.5300**
            **Email: das@udallshumway.com**

    3. I am over the age of 18.

Dated this February 24, 2024.

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*/s/Jason Crews*
Jason Crews