**UDALL|SHUMWAY**
COUNSELORS AT LAW SINCE 1965

1138 NORTH ALMA SCHOOL ROAD, SUITE 101
MESA, ARIZONA 85201
Telephone: 480.461.5300 | Fax: 480.833.9392

David R. Schwartz - #009264
das@udallshumway.com
Attorneys for Defendant Air Conditioning by Jay

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| Jason Crews, | NO. CV23-02269-PHX-GMS |
|---|---|
| Plaintiffs, | **DEFENDANT AIR CONDITIONING BY JAY, LLC'S OFFER OF JUDGMENT** |
| v. | |
| Air Conditioning by Jay, LLC and Bryce Johnson, | |
| DefendantS. | |

TO: Plaintiff Jason Crews

Defendant Air Conditioning by Jay, LLC ("AC by J") pursuant to Federal Rule of Civil Procedure 68 offers to allow judgment in this action to be taken for Plaintiff and against AC by J on all claims pled in this action by Plaintiff for the total sum of $3,600.00. Such sum is inclusive of any form of and all damages recoverable by Plaintiff, attorney's fees, interest, and taxable costs incurred to date sought in connection with the First Amended Complaint filed by Plaintiff against AC by J. Acceptance of this offer in a timely writing communicated to counsel for AC by J will end this action except for any filings authorized in Rule 68 to effectuate entry of any judgment pursuant to terms of this offer and the acceptance.

This Rule 68 offer shall remain open and effective for 14 days after service. If Plaintiff does not accept this offer in writing within the time provided (as construed by

the Federal Rules of Civil Procedure), the offer is automatically withdrawn. If Plaintiff does not timely accept this offer in writing, he may be subject to sanctions as specified in Rule 68.

DATED: February 15, 2024.

                      UDALL SHUMWAY PLC

                      /s/ David R. Schwartz
                      David R. Schwartz
                      1138 North Alma School Road, Suite 101
                      Mesa, AZ 85201
                      Attorneys for Defendant Air Conditioning by Jay

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2024, I mailed and electronically sent the attached document to:

Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
jason.crews@gmail.com
Plaintiff

   /s/ Kimberly Kershner

11673296.1
119965.002