# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Air Conditioning by Jay Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-23-02269-PHX-GMS<br><br>**JUDGMENT IN A CIVIL CASE** |

　　　　Pursuant to Plaintiff having accepted Defendant Air Conditioning by Jay LLC's offer of judgment, judgment is hereby entered against Defendant Air Conditioning by Jay LLC in the amount of $3,600.00 and this action is hereby terminated.

　　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

February 27, 2024

　　　　　　　　　　　　　　　　　　　s/ D. Draper
　　　　　　　　　　　　　　　By　　Deputy Clerk