Jason Crews
1515 N Gilbert Rd Suite 107-204
Gilbert, AZ 85233
Telephone: (602) 295-1875
e-Mail: jason.crews@gmail.com

*pro se*

# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Crews,<br><br>    Plaintiff,<br><br>v.<br><br>Air Conditioning By Jay, LLC,<br><br>    Defendant. | Case No. CV-23-02269-PHX-GMS<br><br>**NOTICE OF SATISFACTION OF JUDGMENT** |

Plaintiff Jason Crews gives notice that Defendant Air Conditioning By Jay, LLC has fully paid and satisfied the Judgment (DOC 44) entered in this action.

DATED ~~March~~ February 29, 2024.

By /s/ Jason Crews
Jason Crews
1515 North Gilbert Road, Suite 107-204
Gilbert, Arizona 85234
*Plaintiff in pro per*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on March __, 2024, I electronically filed the foregoing NOTICE OF SATISFACTION OF JUDGMENT with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the CM/ECF registrants in this action and mailed or emailed a copy to anyone not registered:

By___/s/ Jason Crews____

11677052.1
119965.001